MORRIS, executrix, *v.* CONTINENTAL INSURANCE COMPANY.

FISH, J.   1. Since a tender by the obligee in a bond for title to the obligor of the amount due upon a promissory note described in the bond is not in law good if coupled with a condition that the obligor shall execute and deliver to the obligee the conveyance which he, upon paying the note, is entitled to receive, it follows that equity will not, at the instance of the maker of the note, enjoin an action thereon by the payee, on the ground that the latter, upon being tendered, with such condition, the amount due on the note, failed or refused to execute and deliver such conveyance as that called for in the bond for title. *DeGraffenreid* v. *Menard*, 103 *Ga.* 651 ; *Elder* v. *Johnson*, 115 *Ga.* 691.

2. Applying what is announced above to the facts of the case in hand, there was no error in denying the interlocutory injunction.

   *Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 16,—Decided July 24, 1902.   Rehearing denied August 6, 1902.

Petition for injunction. Before Judge Bennet. Glynn superior court. April 12, 1902.

*Courtland Symmes* and *Atkinson & Dunwody*, for plaintiff.
*Brandon & Arkwright, W. B. Stovall*, and *W. T. Colquitt*, for defendant.